UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIANO MARQUEZ-HUAZO, | No. 2:21-cv-1540 KJN P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner paid the filing fee. On September 29, 2021, petitioner filed a document styled "Memorandum Regarding the Vacatur of one conviction under 18 U.S.C. § 924(c) and § 2241 Supplemental Memorandum." (ECF No. 5.) Petitioner is advised that he cannot litigate his action piecemeal.[1] Rather, all of petitioner's allegations must be contained in one § 2241 petition.

---

[1] See Local Rule 220 (requiring an amended complaint be complete in itself without reference to any prior pleading). This requirement exists because, as a general rule, an amended complaint supersedes the original complaint. See Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) ("an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.'" (internal citation omitted)). "Any ground for relief that was raised in the original petition and that was voluntarily dismissed or was dismissed without prejudice is waived if it is not alleged in an amended petition." Myers v. Gila Cty. Sheriffs, 2021 WL 311094, at *4 (D. Ariz. Jan. 29, 2021), citing Lacey v. Maricopa County, 693 F.3d 896, 928 (9th Cir. 2012) (en banc).

////

Therefore, petitioner is granted leave to file an amended § 2241 petition in which he includes all of the claims raised in this action. To assist petitioner in filing his amended petition, the Clerk of the Court is directed to return to petitioner the original, hard copies of his original petition (ECF No. 1) and the supplemental memorandum (ECF No. 5). The court retains the scanned copies of such documents as part of the court's permanent record.

Plaintiff is cautioned that failure to timely file an amended petition raising all of his intended claims will result in the undersigned disregarding petitioner's supplemental filing and proceeding solely on petitioner's original petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner is granted thirty days from the date of this order in which to file an amended § 2241 that includes all of the claims he intends to raise in this action.

2. The Clerk of the Court is directed to return to petitioner the original, hardcopies of his petition filed on August 27, 2021 (ECF No. 1) and the supplemental memorandum filed September 29, 2021 (ECF No. 5).

Dated: October 5, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/marq1540.114