UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIANO MARQUEZ-HUAZO, | No. 21-cv-1540 KJN P |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| UNKNOWN,[1] | |
| Respondent. | |

Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 19, 2021, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Id.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner show cause, within thirty days, why his failure to oppose respondent's December 19, 2021 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and he shall file an opposition. Petitioner is cautioned that failure to

////

---

[1] As noted by respondent, petitioner failed to identify a respondent in both the original petition as well as the amended petition. (ECF No. 11 at 1.)

1

respond to the instant order, or to file an opposition to the pending motion to dismiss, will result in a recommendation that this action be dismissed.

    2. The Clerk of the Court is directed to change the name of the respondent to "Unknown."

Dated: January 25, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/marq1540.46h