UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIANO MARQUEZ-HUAZO, | No. 2:21-cv-1540 KJN P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

Petitioner is a federal prisoner, housed at FCI-Herlong. He proceeds pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 27, 2022, the undersigned granted respondent's motion to dismiss, denied petitioner's motion to strike and motion to amend, and dismissed this action without prejudice. (ECF No. 23.) Judgment was entered accordingly. (ECF No. 24.)

On May 4, 2022, petitioner filed an objection to the consent order issued April 26, 2022, and seeks copies of documents he claims he did not receive.

Petitioner claims he did not consent to the jurisdiction of the magistrate judge. However, on September 6, 2021, petitioner signed a consent form. (ECF No. 4.) Respondent consented to the jurisdiction of a magistrate judgment on April 22, 2022, which is one of the documents petitioner claimed he did not receive. The Clerk of the Court is directed to send petitioner a copy of the parties' consent forms. (ECF Nos. 4, 21.)

1

Petitioner objects that mail from the court is not being labeled "legal mail," and therefore it is being opened by mail staff before petitioner receives it. However, petitioner is advised that mail from the court is not "legal mail." Rather, all filings made in this court case are a matter of public record.

Petitioner claims he does not have docket number 2; however, this docket entry reflected the mailing of new case documents, which included a letter concerning consent to the jurisdiction of a magistrate judge, and the consent form petitioner signed on September 6, 2021. Docket number 10 is a copy of the amended petition (ECF No. 8) which was electronically provided to respondent. The other documents petitioner claims he does not have (ECF Nos. 5, 7, 8, 13, 14) are all filings by petitioner. Because petitioner is responsible for retaining copies of his own court filings, no copies of such filings will be provided to petitioner unless he pays the applicable photocopying costs.[1]

Importantly, petitioner acknowledges that he has respondent's motion to dismiss, the March 25, 2022 findings and recommendations, and was able to file timely objections. The instant filing was signed on April 29, 2022, and appears to have been submitted before petitioner received the April 27, 2022 order. Therefore, in an abundance of caution, the court provides petitioner with copies of the April 27, 2022 order and judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's objection (ECF No. 25) is overruled; and

2. The Clerk of the Court is directed to send petitioner a copy of the parties' consent forms, and the April 27, 2022 order and judgment. (ECF Nos. 4, 21, 23, 24).

Dated: May 11, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

marq1540.obj

---

[1] The Clerk's Office will provide copies of documents and of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC." Please Note: In Forma Pauperis status does not include the cost of copies. Copies of documents in cases may also be obtained by printing from the public terminals at the Clerk's Office or by contacting Cal Legal Support Group at: 3104 "O" Street, Suite 291, Sacramento, CA 95816, phone 916-822-2030, fax 916-400-4948.